IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| CLARA MASON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Case No. 2:14-cv-02388 |
| | ) | |
| MIDLAND FUNDING LLC, | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF SETTLEMENT

Defendant Midland Funding LLC hereby notifies the Court that a resolution of this case has been reached in principal with the Plaintiff, Clara Mason. Following execution of documents related to that resolution, expected within 60 days, the parties will submit a Stipulation of Dismissal with Prejudice.

Respectfully Submitted,


By: ___/s/ Thomas M. Martin_____
Thomas M. Martin   KS# 13620
M. Cory Nelson   Kan. Dt. Ct. #78428
1010 Walnut, Suite 500
Kansas City, Missouri 64106
(816) 421-2500 (telephone)
(816) 472-2500 (facsimile)
tmmartin@lrf-kc.com
cnelson@lrf-kc.com
7015 College Blvd., Suite 135
Overland Park, Kansas 66211

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on this 20th day of August 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the document by first class mail, postage prepaid, to the following:

A.J. Stecklein
Michael Rapp
CONSUMER LEGAL CLINIC LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: (913) 371-0727
Facsimile: (913) 371-0147
aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com

ATTORNEYS FOR PLAINTIFF

                                          /s/ Thomas M. Martin
                                          Attorney for Defendant